# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | 1:06-CV-01747 OWW GSA |
| | ) | |
| | ) | ORDER REGARDING REQUEST TO TAKE |
| Plaintiff, | ) | THE JANUARY 7, 2008 SETTLEMENT |
| | ) | CONFERENCE OFF CALENDAR |
| v. | ) | (Document 31) |
| | ) | |
| JOHN MARTURANO, an individual, d/b/a | ) | |
| J&T COMPUTERS & PARTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 27, 2007, Plaintiff Microsoft Corporation ("Microsoft") filed a request that the parties' Settlement Conference scheduled for January 7, 2008 at 10:30 a.m. be taken off calendar. Microsoft explained that on November 2, 2007, it filed a motion to strike the answer of defendant John Marturano, an individual, d/b/a J&T Computers & Parts ("Defendant") and enter Defendant's default. On December 7, 2007, the Court conducted a telephonic hearing on Microsoft's motion. Subsequently, on December 27, 2007, this Court issued its Findings and Recommendations, which recommended that Microsoft's motion to strike be granted and that the Clerk of the Court enter Defendant's default. Microsoft further explained that in light of the Court's Findings and Recommendations, a settlement conference in this matter would be unproductive and would expend unnecessarily the Court's resources.

///

///

///

Good cause appearing, the Court hereby GRANTS Plaintiff Microsoft Corporation's request and the Settlement Conference currently scheduled for January 7, 2008, at 10:30 a.m. in Courtroom 10 before the undersigned is taken off calendar.

IT IS SO ORDERED.

Dated:   **December 28, 2007**           /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE