# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MARTURANO, an individual, d/b/a/<br>J & T COMPUTERS & PARTS,<br><br>Defendant.<br>_____/ | CASE NO. 1:06-CV-1747 OWW GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

On December 4, 2006, Microsoft Corporation ("Plaintiff"), filed a Complaint to recover damages arising from alleged infringement of Microsoft's copyrights and trademarks of its software and related components by the Defendant, John Marturano ("Defendant"). On November 2, 2007, Plaintiff filed a motion to strike Defendant's Answer and requested that the Court enter default. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On, December 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which was served on Defendant and which contained notice to Defendant that any objections to the Findings and Recommendations were to be filed within thirty days. Defendant did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 27, 2007, are adopted in full;
2. Plaintiff's motion to strike Defendant's Answer and enter default is GRANTED;
3. Defendant John Marturano, an individual d/b/a J & T Computers & Parts' Answer is hereby STRICKEN; and
4. The Clerk of the Court is directed to enter default in favor of Microsoft Corporation and against Defendant John Marturano an individual d/b/a J & T Computers & Parts.

IT IS SO ORDERED.

**Dated: February 5, 2008** /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE