# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, )<br>)<br>        Plaintiff, )<br>)<br>       v. )<br>)<br>JOHN MARTURANO, an individual, d/b/a )<br>J&T COMPUTERS & PARTS, )<br>)<br>        Defendant. )<br>) | 1:06-CV-01747 OWW GSA<br><br>ORDER REGARDING HEARING FOR MOTIONS FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

     Plaintiff Microsoft Corporation filed a Motion for Default Judgment and a Motion for Permanent Injunction on March 11, 2008. On April 11, 2008, the matter came before the Honorable Gary S. Austin, United States Magistrate Judge for hearing. Jennifer Chiarelli appeared telephonically for Plaintiff, Microsoft. Defendant John Marturano, d/b/a J & T Computers and Parts personally appeared.

     Defendant was informed that Default had been entered. The court denied Plaintiff's Motions for Default Judgment and Permanent Injunction without prejudice. Defendant informed the court that his new address is 443 W. McKinley Avenue, Fresno, California 93725. His new phone numbers are (559) 233-5419 and (559) 704-7793. Defendant was instructed to notify the Clerk of the Court of his new address and phone number, as well as to obtain copies of any relevant court orders and pleadings from the Clerk's office.

     Defendant may file a Motion to Set Aside Default no later than May 9, 2008. Plaintiff's opposition shall be filed no later than June 13, 2008. A hearing on any motions will be heard on

1

June 27, 2008 at 9:30 am, before the Honorable Gary S. Austin, United States Magistrate Judge in Courtroom 10.

If Defendant fails to file a Motion to Set Aside Default, Plaintiff may file a renewed Motion for Default Judgment and Motion for Permanent Injunction. However, the court informed Plaintiff that prior to granting any of the motions listed above, it would be requiring the following:

    a)    Proof of any extensions of Trademark Registrations for "MICROSOFT" Trademark Registration 1,256,083, and for "WINDOWS" Trademark Registration 1,872,264. See, Complaint at Exhibits 3 and 4;

    b)    Any evidence pertaining to the investigation of Defendant's business and alleged illegal conduct; and

    c)    An affidavit from counsel explaining the justification for any amount of damages requested.

**Plaintiff is advised that failure to file a Motion to Set Aside Default, to attend the hearing listed above, or to reply to any motions filed by Plaintiff, may result in sanctions including, but not limited to, entry of default judgment and/or the imposition of a permanent injunction.**

IT IS SO ORDERED.

Dated:    **April 11, 2008**          /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE