# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____C. ESTEVES_____
DEPUTY CLERK

MICROSOFT CORPORTION

    Plaintiff,

JOHN MARTURANO, an individual, d/b/a
J&T COMPUTERS & PARTS

    Defendant,

1:06-cv-01747 OWW OSA

Motion to Set Aside Default

---

I am a business owner in Fresno Ca. I am 44 years old and this is my life.
I have a very small shop in the downtown blited part of Fresno for 8 years now.
Computers are my business. I enjoy my job and thats all I know. In my spare time,
I teach free for the after school program to kids that want to learn computers.

I am a single parent who is lucky enough to have a wonderful son which I have raised
and supported alone for 14 years.

My son and my business mean everything to me. That's all I have and would not
put either one of them at risk for anybody or anything.

I have been accused of counterfeit licensing. I have never counterfeited anything in my life.
All I have ever done is tryed to save money and look for the best deals for my business.
Not illegal deals but deals from legitimate businesses on the internet.

On Microsofts complaint that I distributed couterfeit and infringing Microsoft software and
components is not true. Everything I sell, I buy from retail stores or purchase over the
internet. I purchase items from alot of business but I also keep all my receipts.
.All the software I purchase comes with a 25 number and letter product key.
These numbers are needed to complete the window installion.
After completing installation there whats called activaion for windows to work.
How is it possable to do all these procedures with couterfeit software. And how is anybody
to recognize counterfeit software after completing all these steps.

Second claim false desiganation of orgin and false description and reresentation of microsoft
packaging. I sell all microsoft material the way I receive it I never tamper or change any Microsoft
product or any other product I purchase.

Third claim unfair labor competition, I work and run my business myself. I seach the
internet constantly for the best price I can find on what I need at the time.
I enjoy finding deals from legitimate business and passing it on to my customers,
Once again I have all documents and receipts to prove where, when, and all
my items come from.

Fourth claim imposition of constructive trust upon illegal profits,I have very little profit margin at all.I am barely making ends meat. I have sent Microsoft 2 years of my tax returns..

Fifth claim,Accounting, I have well know accounting firms do my taxs every year.And I am struggling to make ends meat.With the economy the way it is right now I really see me closing down my business real soon.

I dont understand why Microsoft has not went after the people selling these counterfeit licsense and counterfeit material that not only I bought but am sure thousands been sold and there still selling Microsoft products today. I am willing to help Microsoft in any way I can if they want to know who's really doing all the things am accused of doing.

*John Marturan*     5-9-08