1

2

3

4

5

6

7

8

9     UNITED STATES DISTRICT COURT

10    EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN MARTURANO, an individual, d/b/a<br>J&T COMPUTERS & PARTS,<br><br>  Defendant. | Case No. 1:06-CV-01747-OWW-GSA<br><br>**ORDER GRANTING PLAINTIFF<br>MICROSOFT CORPORATION'S<br>UNOPPOSED *EX PARTE* APPLICATION<br>TO CONTINUE PRETRIAL AND TRIAL<br>DATES DUE TO MICROSOFT'S MOTION<br>TO STRIKE DEFENDANT'S ANSWER OR<br>COMPEL DISCOVERY**<br><br>Before Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

[PROPOSED] ORDER GRANTING EX PATE APPLICATION TO CONTINUE PRETRIAL AND TRIAL DATES

Having considered Plaintiff Microsoft Corporation's ("Microsoft") *Ex Parte* Application to Continue Pretrial and Trial Dates due to Microsoft's Motion to Strike Defendant's Answer or Compel Discovery, the papers filed in support thereof, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Microsoft's *Ex Parte* Application is GRANTED.

**IT IS ORDERED THAT**:

The Dispositive Motion Filing Deadline is continued to June 12, 2009;

The Pretrial Conference is continued to August 24, 2009 at 11:00 a.m.; and

The Trial is continued to October 6, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 6, 2009

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PERKINS COIE LLP**

By: /s/ Jennifer N. Chiarelli
Jennifer N. Chiarelli
Attorneys for Plaintiff
MICROSOFT CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com